Petition for certification granted. (See 241 *N.J.Super.* 216, 574 *A.*2d 992.)

585 A.2d 381

RAMIRO SANTA CRUZ v. BOARD OF REVIEW, DEPARTMENT OF LABOR AND INDUSTRY, STATE OF NEW JERSEY.

September 18, 1990.

Petition for certification granted.

585 A.2d 381

STATE OF NEW JERSEY v. JOSEPH M. SPANN.

September 18, 1990.

Petition for certification granted. (See 236 *N.J.Super.* 13, 563 *A.*2d 1145.)

585 A.2d 381

DENNIS E. WHITNEY v. JERSEY CENTRAL POWER & LIGHT COMPANY.

September 18, 1990.

Petition for certification denied. (See 240 *N.J.Super.* 420, 573 *A.*2d 509.)